```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13000
   JAMES E COOPWOOD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5794

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/20/2007 and was confirmed 11/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE         .00            .00             .00
HSBC MORTGAGE SERVICES    CURRENT MORTG         .00            .00             .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE     8028.00            .00             .00
CHASE AUTO FINANCE        SECURED VEHIC    21000.00         170.83         1587.43
CHASE AUTO FINANCE        UNSECURED         8505.37            .00             .00
BELL WEST COMMUNITY CU    UNSECURED        13777.89            .00             .00
BELL WEST COMMUNITY CU    UNSECURED       NOT FILED            .00             .00
CAPITAL ONE               UNSECURED          239.06            .00             .00
CAPITAL ONE               UNSECURED          250.00            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          922.04            .00             .00
ECAST SETTLEMENT CORP     UNSECURED         7477.69            .00             .00
ECAST SETTLEMENT CORP     UNSECURED         3361.10            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          216.92            .00             .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED            .00             .00
CITY OF CHICAGO DEPT OF   SECURED           1600.00            .00          113.74
ENID ROBINSON             NOTICE ONLY     NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,434.00                           .00
TOM VAUGHN                TRUSTEE                                           128.00
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,000.00

PRIORITY                                              .00
SECURED                                          1,701.17
    INTEREST                                       170.83
UNSECURED                                             .00
ADMINISTRATIVE                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13000 JAMES E COOPWOOD
```

```
TRUSTEE COMPENSATION                                              128.00
DEBTOR REFUND                                                        .00
                                             ---------------  ---------------
TOTALS                                            2,000.00         2,000.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 05/26/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                         PAGE   2
           CASE NO. 07 B 13000 JAMES E COOPWOOD